AUSA: Ranya Elzein Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Erin Herrgott Telephone: (313) 226-5310

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Brankica Vukojevic

Case No. Case: 2:26−mj−30146
Assigned To : Unassigned
Assign. Date : 3/19/2026
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 2024 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2251(a) | Sexual exploitation of a minor |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Erin Herrgott, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: March 19, 2026

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Erin Herrgott, being first duly sworn, state as follows:

1. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security. I have been employed as a Special Agent (SA) for HSI since August 2020. I successfully completed the Criminal Investigator Training Program and the HSI Special Agent Training at the Federal Law Enforcement Training Center in Glynco, GA. Prior to joining HSI, I was a Border Patrol Agent with the United States Border Patrol in Eagle Pass, Texas. Additionally, I have received a bachelor's degree in criminal justice from Madonna University. While employed at HSI, I have investigated federal criminal violations related to child sex trafficking, child exploitation, and child pornography. I have received training on child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Brankica VUKOJEVIC for violations of 18 U.S.C. § 2251(a) (sexual exploitation of a minor).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. These facts are provided for the sole purpose

of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for VUKOJEVIC.

4. HSI is investigating Brankica VUKOJEVIC for child exploitation and human trafficking. In December of 2024, HSI Sioux Falls received information from an adult victim ("AV-1") that she was driven from Sioux Falls, South Dakota to Detroit, Michigan, where she was "sold" to a female identified as VUKOJEVIC. AV-1 is a real person whose identity I know. AV-1 stated that she was forced to have sex with multiple individuals and the money went directly to VUKOJEVIC. AV-1 disclosed that while being trafficked by VUKOJEVIC, AV-1 was locked in a closet with another girl at a house where VUKOJEVIC stayed. HSI's investigation revealed that this all occurred between approximately October 2024 and December 2024. Subsequent investigation by HSI revealed the most probable identity of the female who was locked in the closet with AV-1 to be Minor Victim 1 ("MV-1"), a real person whose identity I know. MV-1 was 16 years old in October 2024.

5. In October 2024, MV-1 was identified as a missing child, and in December 2024, the Federal Bureau of Investigations ("FBI") recovered MV-1 at a motel located in Redford, Michigan, along with VUKOJEVIC. At that time,

VUKOJEVIC gave FBI SAs consent to search her cell phone ("the Subject Device").

6. Subsequently, HSI SAs searched the Subject Device pursuant to a warrant and found multiple images that meet the federal definition of child pornography. For instance, law enforcement observed the videos described below. The videos were found saved within the social media application, Snapchat, as well as saved to the Subject Device's photo gallery. Based upon my training and experience, and in consulting with individuals who specialize in computer forensics, the metadata associated with the videos suggests that they were created by the Subject Device:

a. "Video 1": Video 1 is a video that appears to have been created on or about November 13, 2024, and is approximately 1 minute and 9 seconds in length. It shows MV-1 performing oral sex on an adult female. A hand appears from behind the camera with a tattoo of the number "7." The person who appears to be holding the camera says, "More tongue." MV-1's face is visible throughout the video. VUKOJEVIC distributed this video to an individual whose identity is currently unknown to law enforcement, via the social media application, Facebook Messenger, on or about December 8, 2024.

The Facebook Messenger account appears to be associated with VUKOJEVIC.

b. “Video 2”: Video 2 is a video that appears to have been created on or about November 13, 2024, and is approximately 43 seconds in length. It shows MV-1 performing oral sex on an adult female. MV-1’s face is visible throughout the video. There is an injury to one of MV-1’s eyes, and the person who appears to be holding the camera says something to the effect of “Don’t mind the eye, courtesy of (unintelligible)”. During the video, a hand appears from behind the camera with a tattoo of the number “7.” VUKOJEVIC distributed this video to an individual whose identity is currently unknown to law enforcement, via Facebook Messenger, on or about December 4, 2024. The Facebook Messenger account appears to be associated with VUKOJEVIC.

7. Additionally, the Subject Device contains a text message conversation between VUKOJEVIC and an individual whose identity is known to law enforcement (“Subject-1”). On or about November 9, 2024, VUKOJEVIC sent Subject-1 a selfie style picture of herself and MV-1 together. A sex act is not specified, but a price of $400 appears to be settled upon. On November 10, 2024, at approximately 12:06 A.M, VUKOJEVIC advised Subject-1 that they are “On

our way," and later, at approximately 3:48 A.M, Subject-1 said, "Fun thank you." On or about December 4, 2024, VUKOJEVIC distributed Video 2 to Subject-1.

8. On October 14, 2025, an HSI Forensic Interview Specialist conducted an interview with MV-1. During the interview, MV-1 indicated the following. Between approximately September 2024 and December 2024, a male (a real person whose identity I know), forced her to engage in commercial sex acts. During that time, she lived in a house with the male and VUKOJEVIC. MV-1's room was in the basement. VUKOJEVIC took pictures of MV-1 in the basement and would also use the application Snapchat. MV-1 believe the photographs were taken in November 2024.

9. On or about March 13, 2026, HSI conducted a follow-up forensic interview with MV-1 and provided her with still images of Video 1 and Video 2. MV-1 confirmed that she was the female performing oral sex on the adult female and that VUKOJEVIC would "make us do that to each other." Additionally, MV-1 stated that VUKOJEVIC, and another individual, whose identity is known to law enforcement at this time ("Subject-2"), would give her "crack" and "crystal meth" to sexually arouse MV-1. MV-1 advised that sometimes, VUKOJEVIC, Subject-2, and paying customers would be in the videos and that these acts occurred in the basement of the house where MV-1 and VUKOJEVIC stayed, and upstairs in

VUKOJEVIC's and Subject-2's bedroom. MV-1 stated that she was 16 years-old at the time of the videos' creation.

10. MV-1 was shown a screenshot of the hand tattoo of the number "7" that is depicted in Video 1. MV-1 confirmed that the tattoo is on VUKOJEVIC's hand. Additionally, within the Subject Device, HSI located multiple selfie style photos of VUKOJEVIC depicting her with the same hand tattoo.

11. In my training and experience, I know that sending videos over Facebook requires use of the internet, which is a means or facility of interstate commerce. Accordingly, there is probable cause to believe that Video 1 and Video 2 were transmitted using a means or facility of interstate commerce.

12. Based on the information above, there is probable cause to believe that VUKOJEVIC violated 18 U.S.C. § 2251(a) (sexual exploitation of a minor).

Respectfully submitted,

Erin Herrgott, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
And/or by reliable electronic means.

Hon. Kimberly G. Altman
UNITED STATES MAGISTRATE JUDGE

Date: March 19, 2026