6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

BRANKICA VUKOJEVIC,

Defendant.

_______________________________/

Case: **2:26-cr-20657**
Assigned To : **Grey, Jonathan J.C.**
Referral Judge: **Stafford, Elizabeth A.**
Assign. Date : **10/6/2026**
Description: **INDI USA v VUKOJEVIC (JP)**

Violations:
18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. §§ 1591(a) & (b)(2)
18 U.S.C. § 2252(A)(a)(2)

# **INDICTMENT**

The Grand Jury charges:

## **COUNT ONE**
18 U.S.C. §§ 2251(a) and (e)
*Sexual Exploitation of Children*

Between on or about November 1, 2024, through and including November 13, 2024, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, BRANKICA VUKOJEVIC, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, specifically, MV-1, who was under 18 years of age, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO**
18 U.S.C. §§ 1591(a), (b)(2)
*Sex Trafficking of Children*

Between on or about October 1, 2024 through and including December 9, 2024, in the Eastern District of Michigan, the defendant, BRANKICA VUKOJEVIC, knowingly enticed, harbored, transported, provided, obtained and maintained, by any means, in and affecting interstate or foreign commerce, Minor Victim One (MV-1), having had a reasonable opportunity to observe MV-1, and knowing and in reckless disregard of the fact that MV-1 had not attained the age of 18 years and that MV-1 would be caused to engage in a commercial sex act; all in violation of 18 U.S.C. §§ 1591(a), (b)(2).

**COUNT THREE**
18 U.S.C. § 2252(A)(a)(2)
*Distribution of Child Pornography*

Between on or about December 4, 2024, through and including December 8, 2024, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, BRANKICA VUKOJEVIC, knowingly distributed child pornography,

as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce, and the child pornography had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(2).

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Sections 1594 and 2253.

2. If convicted of an offense charged and set forth above, BRANKICA VUKOJEVIC, shall forfeit to the United States:

a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Pursuant to 18 U.S.C. § 1594, upon conviction of an offense in violation of U.S.C. § 1591, the defendant, BRANKICA VUKOJEVIC, shall forfeit to the United States of America (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offenses, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any property traceable to such property. Such property includes, but is not limited to, a money judgment equal to an amount as proved in this matter, representing the total value of property subject to forfeiture from the defendant for his violation of 18 U.S.C. § 1591, as alleged in Count Two of this Indictment.

4. Substitute Assets**.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of

the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Matthew A. Roth*
MATTHEW A. ROTH
Chief, Trafficking and
Exploitation of Children Unit
Assistant United States Attorney

*s/ Ranya Elzein*
RANYA ELZEIN
Assistant United States Attorney

Dated: October 6, 2026

Case: 2:26-cr-20657
Assigned To : Grey, Jonathan J.C.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/6/2026
Description: INDI USA v VUKOJEVIC (JP)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** RE |

**Case Title:** USA v. BRANKICA VUKOJEVIC

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__✓__Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30146 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________ **Judge:** ______________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 6, 2026
Date

Ranya Elzein (signature)

Ranya Elzein OH 0090887
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:313-226-0213
Ranya.Elzein@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.